# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TREMAYNE MATTHEWS,**<br><br>Defendant. | Case No.<br><br>**VIOLATION:**<br>18 U.S.C. § 1001(a)(1)<br>**(Concealment of Material Facts)**<br><br>**FORFEITURE:**<br>18 U.S.C. § 982(a)(7); 28 U.S.C. § 2461(c) |

## INFORMATION

The United States of America charges that:

### COUNT ONE
### (Scheme to Conceal Material Facts)

From on or about November 22, 2018, and continuing thereafter until at least about August 1, 2022, in the District of Columbia and elsewhere, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, defendant TREMAYNE MATTHEWS, did willfully and knowingly falsify, conceal, and cover up by trick, scheme, and device material facts—namely, MATTHEWS in an effort to cover-up his lack of suitability for federal employment, repeatedly submitted documents containing false information to the U.S. Food and Drug Administration, the U.S. Internal Revenue Service, the U.S. Office of Personnel Management Suitability Executive Agent, and the U.S. Patent and Trademark Office, despite having an obligation to disclose truthful information on such documents.

(Concealment of Material Facts, in violation of Title 18, United States Code, Section 1001(a)(1))

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, defendant MATTHEWS shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, which constitutes or is derived, directly and indirectly, from gross proceeds traceable to the commission of such offense.

## MONEY JUDGMENT

In the event of conviction, the United States may seek a money judgment.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c).

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
CHRISTOPHER R. HOWLAND (DC 1016866)
Assistant United States Attorney

Fraud, Public Corruption, & Civil Rights Section
U.S. Attorney's Office for Washington D.C.
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7106
Christopher.Howland@usdoj.gov

3